**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA 95825**
**Tel: (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR PLAINTIFF**
**DONGWOO JOHN CHANG, M.D., FRCS (C)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| DONGWOO JOHN CHANG, M.D., FRCS (C)<br><br>Plaintiff,<br><br>vs.<br><br>CLAIR POMEROY, M.D., STUART H. COHEN, M.D., ALLAN D. SIEFKIN, M.D., and Dr. Jan Paul Muizelaar,<br><br>Defendants. | CASE NO. 08-657 FCD<br><br>A SEALING ORDER EXHIBITS N AND O TO COMPLAINT FOR INJUNCTIVE RELIEF PURSUANT TO CIVIL RIGHTS (42 U.S.C. §§ 1983, 1988) |

**Good Cause Appearing**, based on the declaration of Donald H. Heller, it is hereby ordered that Exhibits N and O, be sealed in accordance with Local Rule 39-131.

IT IS SO ORDERED.

DATED: March 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
**ORDER SEALING EXHIBITS N AND O**