**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Norman V. Prior, SBN 125457
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants DR. ALLAN D. SIEFKIN AND DR. JAN PAUL MUIZELAAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGWOO JOHN CHANG, M.D., FRCS (C),<br><br>          Plaintiff,<br><br>vs.<br><br>CLAIR POMEROY, M.D., STUART H. COHEN, M.D., ALLAN D. SIEFKIN, M.D., AND DR. JAN PAUL MUIZELAAR,<br><br>          Defendants. | CASE NO.  2:08-CV-00657-FCD-KJM<br><br>**STIPULATION AND ORDER REGARDING STAY OF ACTION PENDING COMPLETION OF ADMINISTRATIVE REMEDIES** |

The parties, by and through their counsel of record, stipulate as follows:

1.      Plaintiff, DONGWOO JOHN CHANG, M.D., filed this action for injunctive relief pursuant to 42 U.S.C. §§ 1983, 1988 on March 27, 2008.  Concurrent with the filing of the Complaint, Plaintiff filed an Application for a Temporary Restraining Order seeking to compel Defendants to lift the summary suspension of Plaintiff's medical privileges, reinstate him the medical staff and to obtain other relief associated with matters pertaining to Plaintiff's status with the University of California Davis Health System.  The application for a Temporary Restraining Order came on regularly before the Honorable Lawrence K.

Karlton (due to Judge Damrell's absence) on March 28, 2008.  After hearing the argument of counsel, Judge Karlton denied the application for a Temporary Restraining Order.

2. Plaintiff has submitted a request for a hearing to the Medical Staff Executive Committee of the University of California Davis Health System, pursuant to Article VI of the Bylaws of the Medical Staff.  Pursuant to Subsection D of Article VI of the Bylaws, a full evidentiary hearing must be held as soon as the arrangements may be reasonably made, but not to exceed 45 days from the date of receipt of the request for such a hearing. The hearing involved is a full evidentiary hearing presided over by a hearing officer.  At the conclusion of the hearing, the hearing committee is required to render a final written decision within 15 working days.  Within 10 days after receipt of the decision of the hearing committee, either Plaintiff or the Medical Staff Executive Committee may request appellate review by an appeal committee.  The appeal committee may make its decision based on the record before the hearing committee or may choose to hear new or additional evidence. Within 10 days or soon thereafter as reasonably possible at the conclusions of the proceedings, the appeal committee must render a final decision.

3. The parties to this action request that the Court stay any further proceedings until completion of the hearing and, if applicable, appellate process set forth in the Bylaws of the University of California Davis Health System.  Staying this matter will allow for

///

///

exhaustion of administrative remedies and will promote the interests of justice and the efficient use of judicial resources.

Dated: April 14, 2008               PORTER SCOTT
                                    A PROFESSIONAL CORPORATION



                                    By  /s/ Nancy J. Sheehan
                                          Nancy J. Sheehan
                                          Norman V. Prior
                                          Attorneys for Defendants
                                          DR. ALLAN D. SIEFKIN AND DR. JAN
                                          PAUL MUIZELAAR

Date: April 14, 2008                NOSSAMAN, GUNTHER, KNOX ELLIOTT



                                    By /s/ Robert Sullivan (as approved on 4/14/08)
                                          Robert Sullivan
                                          Robert McWhorter
                                          Attorneys for Defendant
                                          DR. STUART H. COHEN

Date: April 14, 2008                Law Office of Donald H. Heller



                                    By /s/ Donald H. Heller (as approved on 4/14/08)
                                          Donald H. Heller
                                          Attorney for Plaintiff
                                          DONGWOO JOHN CHANG, M.D.

3
**STIPULATION AND ORDER REGARDING STAY OF ACTION PENDING COMPLETION OF
ADMINISTRATIVE REMEDIES**
00571879.WPD

Good cause appearing, this matter is stayed pending joint notification to the Court by all parties that the administrative process set forth in the Bylaws of the medical staff of the University of California Davis Health System has been completed.

**IT IS SO ORDERED.**

Dated: April 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE