**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants DR. ALLAN D. SIEFKIN AND DR. JAN PAUL MUIZELAAR

Donald H. Heller
A Law Corporation
655 University Avenue, Suite 215
Sacramento, CA 95825
Tel: 916.974.3500
Attorney for Plaintiff DONGWOO JOHN CHANG, M.D., FRCS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGWOO JOHN CHANG, M.D., FRCS (C),<br>　　　　Plaintiff,<br>v.<br><br>CLAIR POMEROY, M.D., STUART H. COHEN, M.D., ALLAN D. SIEFKIN, M.D., AND DR. JAN PAUL MUIZELAAR,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 2:08-CV-00657-FCD-KJM<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF STATUS CONFERENCE**<br><br><br><br>Complaint filed:　March 26, 2008<br>Honorable Frank C. Damrell, Jr. |

　　　　The parties to this action, by and through their counsel of record, stipulate to the following and respectfully ask that the Court grant the relief sought.

　　　　The Court recently issued an order requiring the parties to submit a joint status conference statement no later than May 14, 2010. Plaintiff's counsel, Mr. Heller, has filed a motion to withdraw from representation of Dr. CHANG. The hearing on the motion is set for June 18,

1

2010. As is clear from the declaration submitted by Mr. Heller in support of the motion, the relationship between him and his client is very strained. It will be challenging for counsel for Dr. CHANG and counsel for the Defendants to put together a meaningful joint status report before they know whether Dr. CHANG will object to the motion to withdraw, or whether he will agree and bring in new counsel, or represent himself *in pro se*.

Accordingly, the parties respectfully request that the due date for filing a joint status report be extended until three weeks after the Court issues a ruling on the motion to withdraw as counsel.

**IT IS SO STIPULATED.**

Dated: May 4, 2010   PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Nancy J. Sheehan
NANCY J. SHEEHAN
Attorneys for Defendants DR. ALLAN D.
SIEFKIN AND DR. JAN PAUL
MUIZELAAR

Dated: May 4, 2010   /s/ Donald H. Heller as authorized on 5/3/10
DONALD H. HELLER
Attorney for Plaintiff DONGWOO CHANG

Good cause appearing, the parties shall submit a Joint Status Report, if necessary, no later than twenty one (21) days after the issuance of a ruling on the motion to withdraw as counsel.

Dated: May 5, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2