IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONGWOO JOHN CHANG, M.D.,

    Plaintiff,     No. CIV S-08-657 FCD KJM PS

  vs.

CLAIR POMEROY, M.D., et al.,

    Defendants.    <u>ORDER</u>

_____/

        A status conference was held in this matter on September 22, 2010 before the undersigned.  Plaintiff, proceeding in propria persona, did not appear.  Katherine Mola appeared for defendants.  Upon consideration of the status report on file in this action, the letter from plaintiff,[1] discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

/////

/////

/////

/////

---

[1] At the hearing, defense counsel provided a copy of a letter received from plaintiff.  This document had not been previously received by the court.  The letter will be docketed.

1

1  Defendant shall file a motion to dismiss on mootness grounds no later than
2  November 17, 2010.  Further scheduling shall be set as necessary after resolution of the motion
3  to dismiss.
4  DATED: September 22, 2010.

_____
U.S. MAGISTRATE JUDGE

26  006
chang.oas